JOHANNA RISCHKE, Respondent, v. GREY S. STAPLES and Others, Defendants, Impleaded with RICHARD J. REYNOLDS, Also Known as DICK REYNOLDS, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion

granted. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.